**Order entered September 21, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00065-CR

**CEDRIC LAMON JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-24931-N**

## ORDER

Before the Court is the State's September 19, 2017 motion for an extension of time to file the State's brief. We **GRANT** the motion.

We **DIRECT** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/      LANA MYERS
JUSTICE